1 | Alexander I. Dychter (SBN 234526)
Alex@DychterLaw.com
2 | S. Adam Spiewak (SBN 230872)
Adam@DychterLaw.com
3 | **DYCHTER LAW OFFICES, APC**
1010 Second Ave., Suite 1835
4 | San Diego, California 92101
Telephone: (619) 487-0777
5 | Facsimile:  (619) 330-1827

6 | Attorneys for Plaintiff
JOSHUA PRICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PRICE, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-01502-JAH-MSB |
| | **CLASS ACTION** |
| Plaintiff, | Assigned to: |
| | Hon. John A. Houston, District Judge |
| | Hon. Michael S. Berg, Magistrate Judge |
| v. | **UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT, ADDING ANOTHER NAMED PLAINTIFF AND ADDITIONAL CLAIMS UNDER PAGA AND LABOR CODE § 226** |
| FERRELLGAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: May 2, 2018
Trial Date:        None Set |

Unopposed Motion for Leave to File Plaintiff's FAC        Case No. 3:18-cv-01502-JAH-MSB

Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), Plaintiff Joshua Price ("Plaintiff") hereby respectfully requests that the Court grant leave for Plaintiff to file his proposed <u>First Amended Complaint</u> adding Plaintiff Robert Bock (attached hereto as "Ex. 1") within three (3) court days from the Court granting leave to amend. In support of this Unopposed Motion, Plaintiff states as follows:

1. Plaintiff filed this action in the San Diego Superior Court on February May 2, 2018. Defendant Ferrellgas, Inc. ("Defendant") then removed the case to Federal Court – the United States District Court for the Southern District of California – on June 29, 2018.

2. Plaintiff separated from employment with Defendant in December of 2016. Thus, as of May 2, 2018, he had no standing to assert a claim under California Labor Code Section 2698, *et seq.*, (the "PAGA") or under Labor Code Section 226.

3. On November 21, 2018, Plaintiff's counsel gave Notice via the electronic web-site portal maintained by the California Labor Workforce Development Agency ("LWDA") to enable Mr. Robert Bock,[1] another individual

---

[1] Mr. Robert Bock engaged Dychter Law Offices, APC to represent him on November 20, 2018. As indicated in the letter to the LWDA, Mr. Bock contends he is also a former employee of Defendant (and a putative class member in the Price matter), who worked as a service technician and bobtail delivery driver from approximately 2004 through approximately September 2018. Pursuant to California Labor Code § 2699.3, Mr. Bock seeks to bring a claim for himself and all other aggrieved employees of Defendant who have been employed as a service technician and/or bobtail delivery driver in the past year and have been subjected to the same conduct by Defendant as alleged in the Price Complaint. In addition to the facts alleged in the Price lawsuit, Mr. Bock also alleges a violation of California Labor Code § 226, for the alleged failure of Defendant to provide compliant, accurate, itemized wage statements to himself and all other aggrieved employees of Defendant during the applicable statutory time period. Mr. Bock contends he has standing to pursue these claims on behalf of the aggrieved employees because his employment ended within the past year. Facts regarding Mr. Bock and the Notice under PAGA were provided in the Dychter Declaration filed on or about December 20, 2018 (ECF No. 13-1).

who was employed by Defendant, to proceed with a representative action against Ferrellgas pursuant to the PAGA, pending the LWDA's decision whether to investigate these allegations. This Notice was also sent via certified mail to Defendant on November 21, 2018 and the requisite $75.00 fee was paid to the LWDA on the same date;

4.  The 65-day statutory waiting period for Mr. Bock to commence a PAGA action expired on or about January 25, 2019. Pursuant to § 2699.3, Mr. Bock may now commence a representative civil action under PAGA, pursuant to § 2699, as the proxy of the State of California, with respect to all aggrieved employees;

5.  On December 28, 2018, the Court issued an Order Granting Joint Motion to Continue Deadlines Set in Scheduling Order Regulating Class Certification Discovery Phase (ECF No. 14), which in pertinent part stated:

> "The Court hereby continues the deadline set by the October 26, 2018 Scheduling Order Regulating Class Certification Discovery Phase [ECF No. 11] for any Motion for Leave to Amend the Complaint and to Add Parties from December 31, 2018 to **March 15, 2019**.";

6.  The Parties attended a mediation on February 20, 2019, in San Diego, before the Honorable Irma E. Gonzalez (*Ret.*), former Chief Judge for the Southern District of California. The case was not resolved at mediation.

7.  On Friday, March 15, 2019, Defendant Ferrellgas, Inc. confirmed that it has *no objection* to this Motion;

8.  The Parties agree that there is no prejudice caused by Plaintiff bringing this Motion at this time and that it would be less cumbersome to amend this case;

9.  For purposes of judicial economy and in the best interests of the Parties, Plaintiff's request for leave to file the attached First Amended Complaint should be granted, allowing Mr. Bock to be added to the case as an individual Plaintiff, a potential sub-class representative for the additional claim under Labor Code § 226, as well as a representative of the aggrieved employees for the claim under the

PAGA; if Plaintiff is not given leave to amend this Complaint, then Mr. Robert Bock will file a separate PAGA case, also asserting a new claim under § 226.

**THEREFORE,** Plaintiff respectfully requests that the Court GRANT Plaintiff leave to file his <u>First Amended Complaint</u> within three (3) court days of the Court granting said leave.[2]

Date: March 15, 2019                DYCHTER LAW OFFICES, APC

By: <u>s/Alexander I. Dychter</u>
Alexander I. Dychter
Attorneys for Plaintiff Joshua Price
Email: alex@dychterlaw.com

---

[2] Once the First Amended Complaint is filed and served, Defendant intends to file its responsive pleading within 20 days thereafter.