# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERRELLGAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-01502-JAH-MSB<br><br>**ORDER:**<br><br>**1. GRANTING JOINT MOTION [DOC. NO. 28]**<br><br>**2. DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [DOC. NO. 21] AND**<br><br>**3. VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil Local Rule (Civ. LR) 7.2 the parties filed a Joint Motion Re: Scope of Claims and Dismissals (doc. no. 28) in response to Defendant's Motion to Dismiss for Lack of Jurisdiction (doc. no. 21). Based on mutual request of the parties, **IT IS HERBY ORDERED:**

1. The parties' Joint Motion Re: Scope of Claims and Dismissals is GRANTED.

   a. The First, Second, and Third causes of action asserted by Plaintiffs on behalf of bobtail drivers with respect to claimed wrongs alleged to have occurred prior to June 21, 2016 are DISMISSED pursuant to the settlement in *Corlew v. Ferrellgas, Inc.*, Los Angeles County Superior Court Case

No. BC521730, including to the extent based thereon any derivative claims and penalties;

    b. Any remaining claim for violation of California's Unfair Competition Law ("UCL") based on the contention that Defendant failed to provide employees with meal and/or rest periods as required by law within the second cause of action is DISMISSED without prejudice. Plaintiffs may reassert the claim, and any derivative claims based thereon, if prior to entry of a final judgement or other disposition of this case, the Ninth Circuit Court of Appeals or the United States Supreme Court issues a final decision reversing the Federal Motor Carrier Safety Administration's ("FMCSA") order finding that California's Meal and Rest Break rules (MRB Rules) are preempted under 49 U.S.C. 31141 as applied to property-carrying commercial motor vehicle (CMV) drivers.

    c. Any pending discovery, whether pursuant to court order or otherwise, related to the dismissed claims are MOOT and no further response is required. The parties shall abide by discovery deadlines set pursuant to Magistrate Judge Berg's May 16, 2019 Order (doc. no. 28) for all remaining causes of action.

2. Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 21) is DENIED as MOOT and the hearing set for June 3, 2019 is VACATED.

3. Plaintiff shall file a Second Amended Complaint containing only the remaining causes of action pursuant to this order on or before **June 3, 2019.**

4. Each party to bear their own costs and fees associated with the dismissed causes of action.

    **IT IS SO ORDERED**.

Dated: May 21, 2019

                                          HON. JOHN A. HOUSTON
                                          UNITED STATES DISTRICT JUDGE