# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PRICE and ROBERT BOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FERRELLGAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  18cv1502-JAH (MSB)<br><br>**ORDER RESETTING TELEPHONIC MOTION HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED the Motion Hearing set for June 15, 2020, is **VACATED**. The Motion Hearing will be telephonic and is **RESET** to **June 23, 2020, at 11:00 a.m.** Chambers staff will contact the parties, prior to the hearing date, with further instructions.

**IT IS SO ORDERED.**

DATED: June 5, 2020

_____
Hon. John A. Houston
United States District Judge

1