UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PRICE and ROBERT BOCK, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br>v.<br><br>FERRELLGAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>                          Defendants. | Case No.:  18cv1502-JAH (MSB)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEY'S FEES; LITIGATION COSTS; AND ENHANCEMENT PAYMENTS** |

Pending before the Court is Plaintiffs Joshua Price and Robert Bock (collectively, "Plaintiffs") motion for final approval of class action settlement, attorney's fees, litigation costs, and enhancement payments. *See* Doc. No. 45. Upon consideration and good cause appearing, Plaintiffs' motion is **GRANTED**. IT IS HEREBY ORDERED:

1. The Court grants final approval of the Settlement, and finds the terms of the Settlement to be fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the Settlement; and the

maximum amounts allocated to an enhancement payment, costs and attorney's fees.

2. The Court certifies for settlement purposes the Settlement Class described in the Settlement, comprised of all persons who worked as a service technician and/or bobtail delivery driver for Defendant in California at any time between May 2, 2014 and September 15, 2019, with the exceptions of: 1) individuals who were employed by Defendant as bobtail delivery drivers only and at no time on or after June 21, 2016, whose claims were released pursuant to the settlement in *Corlew v. Ferrellgas, Inc.*, Los Angeles County Superior Court Case No. BC521730; 2) any other person who previously settled or released any of the claims covered by this Settlement; or 3) any other person who previously was paid or received awards through civil or administrative actions for the claims covered by this Settlement.

3. The Court finds that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4. The Court finds that one (1) class member requested exclusion from the settlement and orders that all class members who did not request exclusion from the Settlement are barred from prosecuting against the Released Parties any and all released claims as set forth in the Settlement.

5. The Court orders that Defendant make a payment into the settlement fund, in accordance with the procedures set forth in the Settlement, of the amount needed to fund all amounts payable under the Settlement.

6. The Court orders payment from the settlement fund of settlement administration fees to Atticus Administration in the amount of $7,000 in accordance with the Settlement.

7. The Court orders payment from the settlement fund of a payment to the Labor Workforce Development Agency in the amount of $4,500 in accordance with the Settlement.

2

8. The Court awards Plaintiffs the amount of $76,875 for reasonable attorney's fees, to be paid from the settlement fund in accordance with the Settlement.

9. The Court awards Plaintiffs the amount of $13,917.05 for reasonable litigation costs, to be paid from the settlement fund in accordance with the Settlement.

10. The Court awards Plaintiff Joshua Price the amount of $6,000 and Plaintiff Robert Bock the amount of $4,000 as a class representative enhancement payment, to be paid from the settlement fund in accordance with the Settlement.

11. The Court directs this order to be entered as a final judgment dismissing the action with prejudice.

12. The Court orders that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the Settlement or final judgment.

**IT IS SO ORDERED.**

DATED: June 24, 2020

_____
Hon. John A. Houston
United States District Judge