

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Price individually, and on behalf of all others similarly situated; Robert Bock, individually, and on behalf of all others situated,<br><br>**Plaintiff,**<br><br>V.<br><br>Ferrellgas, Inc., a Delaware Corporation; DOES 1 through 50, inclusive,<br><br>**Defendant.** | Civil Action No.  18-cv-1502-JAH-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court orders payment from the settlement fund of settlement administration fees to Atticus Administration in the amount of $7,000 in accordance with the Settlement.  The Court orders payment from the settlement fund of a payment to the Labor Workforce Development Agency in the amount of $4,500 in accordance with the Settlement.  The Court awards Plaintiffs the amount of $76,875 for reasonable attorney's fees, to be paid from the settlement fund in accordance with the Settlement. The Court awards Plaintiffs the amount of $13,917.05 for reasonable litigation costs, to be paid from the settlement fund in accordance with the Settlement.  The Court awards Plaintiff Joshua Price the amount of $6,000 and Plaintiff Robert Bock the amount of $4,000 as a class representative enhancement payment, to be paid from the settlement fund in accordance with the Settlement.  The Court directs this order to be entered as a final judgment dismissing the action with prejudice.  The Court orders that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the Settlement or final judgment.

**Date:**   6/25/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy